**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-XXXXX**

CAPCOM CO., LTD.,

Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Capcom Co., Ltd. ("Plaintiff" or "Capcom"), by and through its undersigned counsel, certifies that Plaintiff is affiliated with: (1) The Master Trust Bank of Japan, Ltd. (Trust Account), (2) Crossroad Co., Ltd., (3) JP Morgan Chase Bank 380815, (4) Custody Bank of Japan, Ltd. (Trust Account), (5) Yoshiyuki Tsujimoto, (6) STATE STREET BANK AND TRUST COMPANY 505001, (7) Haruhiro Tsujimoto, (8) Ryozo Tsujimoto, (9) Kenzo Tsujimoto, and (10) The Master Bank of Japan, Ltd. (Stock Grant ESOP Trust Account 76744).

Dated this 29th day of April 2026.

Respectfully submitted,

_/s/ Clarissa A Rodriguez_
Clarissa A. Rodriguez
Fla. Bar No. 38175
Laura M. Reich
Fla. Bar No. 22792
HARPER MEYER LLP
201 S. Biscayne Blvd., Suite 800
Miami, FL 33131
Telephone: (305) 577-3443
Facsimile: (305) 577-9921
crodriguez@harpermeyer.com
lreich@harpermeyer.com

*Counsel for Plaintiff Capcom Co., Ltd.*