**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-23055-CIV-MARTINEZ**

CAPCOM CO., LTD.,

Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
_________________________________/

**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER**

**THIS CAUSE** is before the Court on Plaintiff Capcom Co., Ltd.'s ("Plaintiff" or "Capcom") *Ex Parte* Motion for Entry of Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery (the "Motion"), [ECF No. 5]. The Court has carefully considered the Motion, the record in this case, the applicable law, and is otherwise fully advised. For the following reasons, Plaintiff's Motion is **GRANTED**.

## I. FACTUAL BACKGROUND

The following factual background is taken from Plaintiff's Complaint, [ECF No. 1], the Motion, and supporting evidentiary submissions and exhibits.

Plaintiff is the owner of the federally registered copyrighted works (the "Capcom Copyrights") identified in the Declaration of Robert Johns, (*see* Johns Decl. [ECF No. 5-1] ¶¶ 5-6). Plaintiff also owns federally registered trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office ("Capcom Trademarks"). (*See id.* ¶ 10.) The Capcom Copyrights and Capcom Trademarks are used in connection with the

Resident Evil franchise, as well as the marketing and sale of Resident Evil branded products, including clothing, pins, snacks, plushies, figurines, toys, and video games. (*See id.* ¶¶ 4-15).

Defendants, through Internet based e-commerce stores under the seller names identified on Schedule "A" hereto ("E-Commerce Store Names") have advertised, promoted, offered for sale, or sold goods bearing and/or embodying counterfeits, infringements, reproductions, or colorable imitations of the Capcom Trademarks and/or unauthorized copies of the Capcom Copyrights (the "Unauthorized Products"). (*See id.* ¶¶ 18-20; Declaration of Laura M. Reich ("Reich Decl.") [ECF No. 5-19] ¶ 2). Based on the evidence provided by Plaintiff, each Defendant targeted consumers in the United States through their interactive e-commerce online stores. (*See* Johns Decl. ¶ 19). Plaintiff has not licensed or authorized these Defendants to use any of the Capcom Trademarks and/or to copy or distribute the Capcom Copyrights, and none of the Defendants are authorized retailers of Capcom Products. (*See id.* ¶ 20).

Plaintiff's consultant investigated the promotion and sale of the Unauthorized Products by accessing each of the e-commerce stores operating under the Seller Aliases. (*Id.* ¶ 18). Plaintiff's consultant determined that Unauthorized Products were being offered for sale to residents of the United States, and each e-commerce store offered shipping to the United States. (*Id.*). Plaintiff's consultant conducted a review and visually inspected any Unauthorized Products purchased from the Defendants, and determined said products were non-genuine, and unauthorized by Plaintiff. (*Id.*).

## II. LEGAL STANDARD

To obtain a temporary restraining order, a party must demonstrate: (1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-

movant; and (4) that the entry of the relief would serve the public interest. *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225-26 (11th Cir. 2005).

Additionally, Fed. R. Civ. P. Rule 65 provides that:

> The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney if:
>
> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and
>
> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.
>
> Fed. R. Civ. P. 65(b)(1).

*Ex parte* temporary restraining orders "should be restricted to serving their underlying purpose of preserving the status quo and preventing irreparable harm just so long as is necessary to hold a hearing, and no longer." *Granny Goose Foods, Inc. v. Brotherhood of Teamsters & Auto Truck Drivers Local No. 70 of Alameda Cty.*, 415 U.S. 423, 439 (1974).

## III. DISCUSSION

Based on declarations submitted in support of Plaintiff's Motion, the Court concludes that Plaintiff has a strong probability of proving at trial that Defendants advertised, promoted, offered for sale, sold, and/or distributed Unauthorized Products, that Defendants' Unauthorized Products use infringing or counterfeit versions of the Capcom Trademarks and/or unauthorized copies of the Capcom Copyrights, and that the infringement of the Capcom Trademarks and/or Capcom Copyrights is likely to cause Plaintiff to suffer immediate and irreparable injury if a temporary restraining order is not granted.

The following specific facts, as set forth in Plaintiff's Complaint, Motion, and accompanying declarations, demonstrate that immediate and irreparable loss, damage, and injury

will result to Plaintiff before Defendants can be heard in opposition unless Plaintiff's request for *ex parte* relief is granted:

1. Defendants own or control e-commerce stores operating under their E-commerce Store Names which advertise, promote, offer for sale, and sell products bearing and/or using infringing or counterfeit versions of the Capcom Trademarks and/or unauthorized copies of the Capcom Copyrights in violation of Plaintiff's rights;
2. There is good cause to believe that more infringing products bearing and/or using infringing or counterfeit versions of the Capcom Trademarks and/or unauthorized copies of the Capcom Copyrights will appear in the marketplace, and that Plaintiff may suffer loss of sales for its genuine products; and
3. There is good cause to believe that if Plaintiff proceeds on notice to Defendants of this Motion, Defendants can easily and quickly change the ownership or modify their e-commerce store registration and account data and content, change payment accounts, redirect consumer traffic to other online stores, and transfer assets and ownership of the online stores, thereby thwarting Plaintiff's ability to obtain meaningful relief.

The balance of potential harm to Defendants in restraining their trade in infringing branded goods if a temporary restraining order is issued is far outweighed by the potential harm to Plaintiff, its reputation, and its goodwill. The public interest favors issuance of the temporary restraining order to protect Plaintiff's trademark and copyright interests, to encourage respect for the law, and to protect the public from being defrauded by the illegal sale of infringing goods.

Considering the inherently deceptive nature of the intellectual property infringement business, and the likelihood that Defendants have violated federal trademark and/or copyright

laws, Plaintiff has good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

Accordingly, the Court, having considered the Motion, and having found good cause, it is **ORDERED** that the Motion, [ECF No. 5], is **GRANTED**, and a Temporary Restraining Order is entered as follows:

**TEMPORARY RESTRAINING ORDER**

(1) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are temporarily enjoined and restrained from:

a. using the Capcom Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Capcom product or not authorized by Plaintiff to be sold in connection with the Capcom Trademarks,

b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Capcom Copyrights in any manner without the express authorization of Plaintiff;

c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Capcom product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Capcom Trademarks and/or Capcom Copyrights;

d. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

e. further infringing the Capcom Trademarks and Capcom Copyrights and damaging Plaintiff's goodwill; and

f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, which bear any of Plaintiff's trademarks, including the Capcom Trademarks, or any reproductions, counterfeit copies, or colorable imitations and/or which bear the Capcom Copyrights .

(2) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue the use of the Capcom Trademarks and Capcom Copyrights on or in connection with all e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the E-commerce Store Names;

(3) Each Defendant shall not transfer ownership of the Internet based e-commerce stores under its E-commerce Store Names during the pendency of this action, or until further Order of the Court;

(4) Each Defendant shall preserve copies of all computer files relating to the use of any of the E-commerce Store Names and shall take all steps necessary to retrieve computer files relating to the use of the E-commerce Store Names that may have been deleted before the entry of this Order;

(5) Upon Plaintiff's request, the privacy protection service for any of the E-commerce Store Names for which the registrant uses such privacy protection service to conceal the

registrant's identity and contact information is ordered to disclose to Plaintiff the true identity and contact information of that registrant;

## TEMPORARY ASSET RESTRAINT

(6) Upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, and their related companies and affiliates shall:

a. immediately identify all financial accounts and/or sub-accounts associated with the Internet based e-commerce stores operating under the E-commerce Store Names, financial accounts, payment accounts, Merchant IDs, Merchant Names, and/or the e-mail addresses identified on Schedule "A" hereto, as well as any other related accounts of the same customer(s);

b. identify all other accounts which transfer funds into the same financial institution account(s) or any of the other financial accounts subject to this Order;

c. restrain the transfer of all funds, as opposed to ongoing account activity, held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto; and

d. divert those restrained funds to a holding account for the trust of the Court;

(7) Upon receipt of the notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, and their related companies and affiliates, shall further, **within seven (7) business days** of receiving notice of this Order, provide the Plaintiff's counsel with all data that details (i) an accounting of the total funds restrained and identify the financial account(s) and sub-account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into

the financial account(s) and sub-account(s) which have been restrained. Such restraining of the funds and the disclosure of the related financial institution account information shall be made without notice to the account owners or the financial institutions until after those accounts are restrained. No funds restrained by this Order shall be transferred or surrendered by any financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, PayPal and Stripe, and their related companies and affiliates, for any purpose (other than pursuant to a purchase refund chargeback made by a consumer) without the express authorization of this Court;

(8) Any Defendant or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in the Order;

(9) This Order shall apply to the E-commerce Store Names, associated e-commerce stores, private messaging accounts, and financial accounts, and any other e-commerce store names, seller identification names, private messaging accounts, or financial accounts which are being used by Defendants for the purpose of infringing on the Capcom Trademarks and Capcom Copyrights at issue in this action and/or unfairly competing with Plaintiff;

(10) As a matter of law, this Order shall no longer apply to any Defendant or associated e-commerce store dismissed from this action or as to which Plaintiff has withdrawn its request for a temporary restraining order;

**BOND TO BE POSTED**

(11) Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), Plaintiff shall post a bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint,

during the pendency of this action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice;

**NOTICE TO DEFENDANTS**

(12) After Plaintiff's counsel has received confirmation from the financial institutions regarding the funds restrained as directed herein, Plaintiff shall serve copies of the Complaint, the Motion for Temporary Restraining Order, and this Order, on each Defendant by e-mail and/or online contact form or other means of electronic contact provided on the e-commerce stores operating under the respective E-commerce Store Names, or by providing a copy of this Order by e-mail to the registrar of record for each of the E-commerce Store Names so that the registrar, in turn, notifies each Defendant of the Order, or by other means reasonably calculated to give notice which is permitted by the Court. In addition, Plaintiff shall post copies of the Complaint, the Motion for Temporary Restraining Order, this Order, as well as all other documents filed in this action on the website located at https://www.tme-law.com/case/26-cv-23055 and shall provide the address to the website to Defendants via e-mail/online contact form, and such notice so given shall be deemed good and sufficient service thereof. Plaintiff shall continue to provide notice of these proceedings and copies of the documents on file in this matter to Defendants by regularly updating the website located at https://www.tme-law.com/case/26-cv-23055 or by other means reasonably calculated to give notice which is permitted by the Court;

(13) Additionally, for the purpose of providing additional notice of this proceeding, and all other pleadings, orders, and documents filed herein, the owners, operators and/or administrators of the e-commerce stores, and/or financial institutions, payment processors, banks, escrow services, money transmitters, and marketplace platforms, and their related companies and

affiliates, shall, at Plaintiff's request, provide Plaintiff's counsel with any e-mail address known to be associated with Defendants' respective E-commerce Store Names;

(14) This Order shall remain in effect for **fourteen (14) days after entry of this Order**, or until such further dates as set by the Court.

(15) Plaintiff's Motion to File Under Seal [ECF No. 7] is **DENIED as moot**. The Clerk is **DIRECTED** to unseal all pleadings previously filed under seal. (*See* [ECF Nos. 5, 8]).

**DONE AND ORDERED** in Miami, Florida, this 20 day of May 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record

**Capcom Co., Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 26-cv-23055-JEM**

**Schedule A**

| No. | Seller Alias | Infringement Type | URL |
|---|---|---|---|
| 1 | ClickEmb | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2WM2FEHKGLRU5 |
| 2 | EVERMORE | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2QX0ECVUNA1EH |
| 3 | KSD GRIPS | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2KQUB6HQ3ZRPO |
| 4 | LUCKYCOS | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AZABVUNFNEOG7 |
| 5 | STICKY DUDE | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A10PVY39XC039Y |
| 6 | wonunfei | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A116H4YX7WHX8W |
| 7 | dhpethi | Copyright only | https://www.dhgate.com/store/top-selling/22022525.html |
| 8 | magpagoda | Copyright only | https://www.dhgate.com/store/top-selling/21635081.html |
| 9 | men_essentials | Copyright only | https://www.dhgate.com/store/top-selling/22006878.html |
| 10 | taiho_shop | Copyright only | https://www.dhgate.com/store/22002647 |
| 11 | tyyhmy | Copyright only | https://www.dhgate.com/store/top-selling/22270097.html |
| 12 | wikuba | Copyright only | https://www.dhgate.com/store/21946517 |
| 13 | mygoodmood2019 | Copyright only | https://www.ebay.com/str/thetoyworld |
| 14 | EBeddingSets | Copyright only | https://www.ebeddingsets.com/ |
| 15 | Schmidtstee Store | Copyright only | https://schmidtstee.com |
| 16 | Vandagear | Copyright only | https://www.vandagear.com/ |
| 17 | ACCDDD | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418227307168 |
| 18 | Big Ajins iron sign two | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219170240 |
| 19 | Chic Treasure Local | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218186334 |
| 20 | Color three | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218821429 |
| 21 | Conisi PrintWorks | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218538796 |
| 22 | Cool self | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218152110 |

| | | | |
|---|---|---|---|
| 23 | didalindalinda | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219937990 |
| 24 | Fafa go | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418227121200 |
| 25 | Fashion Trend Girls | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222698109 |
| 26 | GTZHUOYUAN | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418227141213 |
| 27 | Happy Hippo Crafts | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223927887 |
| 28 | Im a trendsetter | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418216721773 |
| 29 | Jason Decorating | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218089131 |
| 30 | JUSTXJQ | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225990864 |
| 31 | LHB wall decoration | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225939164 |
| 32 | LJWEEE | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418228321337 |
| 33 | LOHOIVES | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222110467 |
| 34 | Lovely Collections | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226774394&goods_id=601104789003156&sticky_type=3&refer_page_el_sn=200446&_x_sessn_id=q9cfavpu3e&refer_page_name=goods&refer_page_id=10032_1767801101148_q5w2rh42lz&refer_page_sn=10032 |
| 35 | Lovely Founds | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226774417 |
| 36 | LSLSLS | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418216037931&goods_id=601104101046152&sticky_type=3&refer_page_el_sn=200446&_x_sessn_id=q9cfavpu3e&refer_page_name=goods&refer_page_id=10032_1767800870870_5cc3rjup6p&refer_page_sn=10032 |
| 37 | Lsr FCTextiles A | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224126891 |
| 38 | MSTARSS | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225622560 |
| 39 | PinFanatics | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223506605 |
| 40 | pipu art | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224955970 |

| | | | |
|---|---|---|---|
| 41 | Printed Shirt Shop | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226591478 |
| 42 | Select Fouk | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218488480 |
| 43 | ShuttlePop | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222772720 |
| 44 | SSGS | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220093459 |
| 45 | SUNNYHOPE | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225089812 |
| 46 | TtingtingD | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224057846 |
| 47 | YHTShirt Shop | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418228362299 |
| 48 | akuchi | Trademark only | https://www.dhgate.com/store/top-selling/22047712.html |
| 49 | bailixi04 | Trademark only | https://www.dhgate.com/store/21583003 |
| 50 | cow01 | Trademark only | https://www.dhgate.com/store/products/2162230 |
| 51 | fanfantuo | Trademark only | https://www.dhgate.com/store/22032272.html |
| 52 | haohao68 | Trademark only | https://www.dhgate.com/store/22041034 |
| 53 | hyy88 | Trademark only | https://www.dhgate.com/store/top-selling/22217019.html |
| 54 | joytech_official | Trademark only | https://www.dhgate.com/store/22010207 |
| 55 | mimbeu | Trademark only | https://www.dhgate.com/store/products/21931891 |
| 56 | oul_bag01 | Trademark only | https://www.dhgate.com/store/top-selling/22062260.html |
| 57 | quan10 | Trademark only | https://www.dhgate.com/store/top-selling/21401648.html |
| 58 | streetwearstore | Trademark only | https://www.dhgate.com/store/20502956 |
| 59 | ua_sacramento | Trademark only | https://www.dhgate.com/store/about-us/22021071.html |
| 60 | wangwang785 | Trademark only | https://www.dhgate.com/store/top-selling/22243171.html |
| 61 | wangwang9 | Trademark only | https://www.dhgate.com/store/top-selling/22243174.html |
| 62 | xingxing379 | Trademark only | https://www.dhgate.com/store/22028625 |
| 63 | cexcos | Trademark only | https://www.ebay.com/str/ascosing |
| 64 | AllCosplay | Trademark only | https://allcosplay.com/ |
| 65 | Allenshoesaccessories | Trademark only | https://allenshoesaccessories.com |
| 66 | Anicossky | Trademark only | https://anicossky.com |
| 67 | Artsholic | Trademark only | https://www.artsholic.com |
| 68 | bekindproduct | Trademark only | https://bekindproduct.com/ |

| | | | |
|---|---|---|---|
| 69 | Cosermart | Trademark only | https://cosermart.com |
| 70 | Doublejoydesigns Store | Trademark only | https://doublejoydesigns.com |
| 71 | ecisutop | Trademark only | https://www.ecisutop.com |
| 72 | FictionalCorporations.com | Trademark only | https://fictionalcorporations.com |
| 73 | HOO | Trademark only | https://www.hoosshop.com |
| 74 | Limo Fashion | Trademark only | https://store.limotees.com |
| 75 | MinoCustom | Trademark only | https://minocustom.com |
| 76 | Podhalastore | Trademark only | https://podhalastore.com/ |
| 77 | Salelogy.com | Trademark only | https://salelogy.com |
| 78 | Swatcho | Trademark only | https://swatcho.us |
| 79 | Fashionable Boys Wardrobe | Trademark only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=5358329005281 |
| 80 | ToteTopHat | Trademark only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225596371 |
| 81 | WowMart Family | Trademark only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418227673202 |
| 82 | Game City | Trademark only | https://www.walmart.com/global/seller/102884872 |
| 83 | JinFa | Trademark only | https://www.walmart.com/global/seller/102750759 |
| 84 | SEYUQI | Trademark only | https://www.walmart.com/seller/101672918 |
| 85 | zikuowl | Trademark only | https://www.walmart.com/global/seller/102806178 |
| 86 | amabella | Trademark and Copyright | https://www.dhgate.com/store/top-selling/22049585.html |
| 87 | daukantas | Trademark and Copyright | https://www.dhgate.com/store/top-selling/22262890.html |
| 88 | daumier | Trademark and Copyright | https://www.dhgate.com/store/22048425 |
| 89 | patroclus | Trademark and Copyright | https://www.dhgate.com/store/top-selling/22047716.html |
| 90 | psychoo | Trademark and Copyright | https://www.dhgate.com/store/21905510 |
| 91 | wangge689 | Trademark and Copyright | https://www.dhgate.com/store/top-selling/22243191.html |
| 92 | waterville | Trademark and Copyright | https://www.dhgate.com/store/top-selling/22027874.html? |
| 93 | zhangting699 | Trademark and Copyright | https://www.dhgate.com/store/products/22035690.html |
| 94 | annagusheng | Trademark and Copyright | https://www.ebay.com/str/auytech |
| 95 | besttop6 | Trademark and Copyright | https://www.ebay.com/str/bjtop789 |

| | | | |
|---|---|---|---|
| 96 | cyp071130 | Trademark and Copyright | https://www.ebay.com/usr/cyp071130 |
| 97 | dedoadr | Trademark and Copyright | https://www.ebay.com/usr/dedoadr |
| 98 | fashion-cottage888 | Trademark and Copyright | https://www.ebay.com/str/hellasanimeshop |
| 99 | gutpi-0 | Trademark and Copyright | https://www.ebay.com/str/castro1store |
| 100 | keedhookah | Trademark and Copyright | https://www.ebay.com/str/keedhookah |
| 101 | lhbq9363 | Trademark and Copyright | https://www.ebay.com/str/gongxifacai2025 |
| 102 | marshallweshop | Trademark and Copyright | https://www.ebay.com/usr/marshallweshop |
| 103 | mooiyee | Trademark and Copyright | https://www.ebay.com/str/mooiyee |
| 104 | oneingprint | Trademark and Copyright | https://www.ebay.com/str/oneingprint |
| 105 | pha-1348 | Trademark and Copyright | https://www.ebay.com/str/romeuriosstore |
| 106 | zxh20_75 | Trademark and Copyright | https://www.ebay.com/str/jump003 |
| 107 | Dejavain | Trademark and Copyright | https://dejavain.com/ |
| 108 | Dolergear | Trademark and Copyright | https://www.dolergear.com |
| 109 | FootWonders | Trademark and Copyright | https://footwonders.com/ |
| 110 | MuralMagnetism | Trademark and Copyright | https://muralmagnetism.com |
| 111 | Tech Tees USA | Trademark and Copyright | https://techteesusa.com/ |
| 112 | Tidenis | Trademark and Copyright | https://tidenis.com |
| 113 | YeeATZ | Trademark and Copyright | https://yeeatz.com |
| 114 | LT UNVERS SHOP | Trademark and Copyright | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418221903118 |
| 115 | POLONEZ | Trademark and Copyright | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223532544 |