**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE No. 26-cv-23055-JEM**

CAPCOM CO., LTD.,

          Plaintiff,

   v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

         Defendants.

_____/

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Capcom Co.,

Ltd. hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| LUCKY COS | 4 |
| wonunfei | 6 |
| Happy Hippo Crafts | 27 |
| fashion-cottage888 | 98 |
| mooiyee | 103 |

Dated this 22nd day of June 2026                    Respectfully submitted,

*/s/ Laura M. Reich*
Laura M. Reich
Fla. Bar No. 22792
Clarissa A. Rodriguez
Fla. Bar No. 38175
HARPER MEYER LLP
201 S. Biscayne Blvd., Suite 800
Miami, FL 33131
Telephone: (305) 577-3443
Facsimile: (305) 577-9921
lreich@harpermeyer.com
crodriguez@harpermeyer.com

*Counsel for Plaintiff Capcom Co., Ltd.*

2