UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-23055-CIV-MARTINEZ

CAPCOM CO., LTD.,

      Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## ORDER

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Entry of Preliminary Injunction (the "Motion"), [ECF No. 18]. (*See* [ECF No. 19]). Magistrate Judge Sanchez filed an R&R recommending that the Motion be granted and that a preliminary injunction be entered. (*See* [ECF No. 23]). The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ADJUDGED** that Magistrate Judge Sanchez's R&R, [ECF No. 23], is **AFFIRMED** and **ADOPTED**. Plaintiff's Motion for Preliminary Injunction, [ECF No. 18], is **GRANTED** as set forth in the R&R.[1]

**DONE AND ORDERED** in Miami, Florida, this 23 day of June 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:    all counsel of record
       Magistrate Judge Sanchez

_____

[1]    This Order shall not apply to Defendant 4 (LUCKY COS), Defendant 6 (wonunfei), Defendant 27 (Happy Hippo Crafts), Defendant 98 (fashion-cottage888), and Defendant 103 (mooiyee), who Plaintiff dismissed with prejudice from this action after Judge Sanchez filed his R&R. (*See* [ECF No. 25]).